No. 84–6527. BAILEY *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN would grant certiorari.